```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

Rinaldo Del Gallo, III,        )
                               )
            Plaintiff,         )
                               )
       v.                      )    Case No. 06CV30063-KPN
                               )
United States Postal Service   )
 Postmaster and Pittsfield     )
 Post Office,                  )
                               )
            Defendants.        )

## MOTION TO EXTEND TIME

The defendants, the United States Postal Service Postmaster and the Pittsfield Post Office, by their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, move to extend the deadline for filing motions under Fed. R. Civ. P. 12 until January 5, 2007. The defendants need additional time to research potential motions. The extension will not impact other deadlines in the case.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she conferred with the pro se plaintiff who said he would not consent to the motion unless the government would assent to additional time for him to oppose a motion filed by a co-defendant. The undersigned pointed out to Mr. Del Gallo that she did not have authority to assent to an extension of time relating to another party's motion.

WHEREFORE, the defendants respectfully request that the deadline for filing a Rule 12 motion be extended to January 5, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Karen L. Goodwin
_____
KAREN L. GOODWIN
Assistant U.S. Attorney
U. S. Attorney's Office
Federal Bldg. and Courthouse
1550 Main Street, Room #310
Springfield, MA 01103
(413) 785-0235

Dated: 12/15/06

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Karen L. Goodwin
_____
Karen L. Goodwin
Assistant United States Attorney