Federal District Court, Springfield Massachusetts Division

| | |
|---|---|
| **Rinaldo Del Gallo**, III,<br>　　Plaintiff,<br>v.<br>**Roger Parent**, United State Postal Service Postmaster, Pittsfield Post Office,<br><br>**Chief Anthony Riello**, Chief, Pittsfield Police Department,<br>　　Defendant | Case No.: 06-30063-KPN<br><br>MOTION FOR SUMMARY JUDGMENT |

HERE COMES RINALDO DEL GALLO, III

For the reasons stated in the accompanying brief, I hereby move for summary judgment.

_/s/ Rinaldo Del Gallo_
Rinaldo Del Gallo, III　　　February 15, 2007

1